**TOWN OF BRATTLEBORO SCHOOL DISTRICT v. Oscar DALEM a/k/a Oskar Eugen Drzemalia, Ursula Dalem and Dalem's Chalet, Inc., No. 254-78**

November 15, 1978. Entry Order of October 30, 1978, is hereby stricken.

**STATE of Vermont v. Neil PECOR, No. 288-78**

November 15, 1978. Petition for Permission to Appeal under the provisions of V.R.A.P. 5(b)(1) is granted.

**IN RE Norman J. BERNSTEIN**

November 16, 1978.

WHEREAS this Court, having received and filed on November 16, 1978, a Certificate of Conviction of Norman J. Bernstein, upon a plea of Nolo Contendere on October 13, 1978, to a violation of 13 V.S.A. § 2531, in *State of Vermont* v. *Norman J. Bernstein*, Docket No. 895-78WmCr (as amended);

NOW THEREFORE pursuant to the provisions of Administrative Order No. 9 (12 V.S.A. App. VIII, A.O. 9), it is hereby ORDERED that the said Norman J. Bernstein is SUSPENDED from the practice of law before the Courts of this State · and that this suspension shall remain in effect pending disposition of disciplinary proceedings to be commenced pursuant to Rules XII and XVIII of the aforesaid Administrative Order No. 9.

DONE in Chambers at MONTPELIER, County of Washington, this 16th day of November, 1978.

**IN RE Norman J. BERNSTEIN**

November 16, 1978.

WHEREAS this Court, having received and filed on November 16, 1978, a Certificate of Conviction of Norman J. Bernstein, upon a plea of Nolo Contendere on October 13, 1978, to a violation of 13 V.S.A. § 2531, in *State of Vermont* v. *Norman J. Bernstein*, Docket No. 895-78 WmCr (as amended); and

WHEREAS this Court has issued to the said Norman J. Bernstein, an Order of Suspension from the practice of law before the Courts of this State, dated November 16, 1978, a copy thereof hereto attached;

NOW THEREFORE pursuant to the provisions of Administrative Order No. 9, Rule XII(d), M. Jerome Diamond, Attorney General for the State of Vermont, is hereby ORDERED to institute forthwith formal presentment proceedings in this Court against the said Norman J. Bernstein.

DONE in Chambers, in the City of Montpelier, County of Washington, this 16th day of November, 1978.